No. 434. SCHWENKHOFF *v.* FARMERS MUTUAL AUTOMOBILE INSURANCE Co. Supreme Court of Wisconsin. Certiorari denied. *Vaughn S. Conway* and *Irving D. Gaines* for petitioner. *Clyde C. Cross* for respondent.

No. 436. U. S. MACHINERY MOVERS *v.* BELLER, TRUSTEE. C. A. 8th Cir. Certiorari denied. *Irving Eisenberg* and *Paul I. Baikoff* for petitioner. *A. L. Wensel* for respondent.

No. 367. FERRARA *v.* CONNECTICUT FIRE INSURANCE Co. ET AL. C. A. 8th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK would grant certiorari to consider whether the Court of Appeals decided this case on the basis of its view of what Missouri law ought to be, instead of what it is as required by *Erie R. Co.* v. *Tompkins,* 304 U. S. 64. *Joseph S. Levy* and *Bernard D. Craig* for petitioner. *Glenn E. McCann* for respondents.

No. 105, Misc. LEVINE *v.* COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 147, Misc. STANLEY *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.

No. 327, Misc. SHANE *v.* BIBB, PUBLIC SAFETY DIRECTOR. Criminal Court of Cook County, Illinois. Certiorari denied.